# United States Bankruptcy Court
## Southern District of Ohio

In re **Paakweku Amos**  Case No. **2:13-bk-55480**
Debtor(s)  Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number:  **xxx-xx-8524**

**My (Our) Former Mailing Address was:**

Name:  **Paakweku Amos**

Street:  **668 S Waverly St**

City, State and Zip:  **Columbus, OH 43213**

**Please be advised that effective   August 8  , 2016,
my (our) new mailing address is:**

Name:  **Paakweku Amos**

Street:   8430 Lark Lane

City, State and Zip:   Canal Winchester, OH 43110

/s/ Paakweku Amos
**Paakweku Amos**
Debtor